**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6471

STEVE AUDETTE,

          Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; DR. NOGO; DR. BYRON HERBAL; DR. ADEIRDRE STRIBLAND-RILEY; P.A. LAVON OVERTON; NURSE LISA PATTERSON; NURSE CAROLYN CONNOLLY; NURSE ELIZABETH LOZIUK; NURSE KIMBERLY REID; DR. GURINDER SANDHU; DR. REED; NURSE NATASHA ASHE; NURSE JUSTINE NIXON; T. NOBLES; NURSE P. NWABINWE; DR. EMAD WARD; ROGER HILL; CO JOHNSON,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Richard E. Myers, II, Chief District Judge. (5:21-ct-03245-M)

Submitted: October 13, 2022                Decided: October 18, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steve Audette, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Audette appeals the district court's order dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-80.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Audette v. United States*, No. 5:21-ct-03245-M (E.D.N.C. Apr. 7, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*